UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 13-10399-GAO

KAREN GLADDEN, SYLVIA JACINTO,
E. GENEVIEVE HOPPER, and CALEB GLADDEN,
Plaintiffs,

v.

DONNA J. DROUIN,
Defendant.

DEFAULT JUDGMENT
July 10, 2015

O'TOOLE, D.J.

Defendant Donna J. Drouin having failed to plead or otherwise defend in this action and her default having been entered,

Now, upon application of plaintiff and affidavit demonstrating that defendant owes plaintiff the sum of $60,000.00, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of $1,500.00,

It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant Donna J. Drouin the principal amount of $60,000.00, with costs in the amount of $1,500.00 and prejudgment interest rate of 12% from January 23, 2013 to July 10, 2015 in the amount of $17,733.70, plus reimbursement for the attorney fee of $10,000.00 from the Metropolitan Life Insurance Company settlement, for a total judgment of $89,233.70 with interest as provided by law.

By the Court,

/s/ Paul S. Lyness
Deputy Clerk

NOTE: The post-judgment interest rate effective this date is 0.18%.